# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD HAYDN WORSLEY, <br><br> Petitioner, <br><br> v. <br><br> CONNIE GIPSON, Warden, <br><br> Respondents. | Case No.: 1:14-cv-01323-JLT <br><br> ORDER DENYING AS MOOT PETITIONER'S MOTION FOR ISSUANCE OF A CERTIFICATE OF APPEALABILITY <br><br> (Doc. 14) |

On December 11, 2014, the Court dismissed the petition in this case as untimely, entered judgment, and closed the case. (Docs. 7; 8)  In the order dismissing the petition, the Court expressly refused to issue of a certificate of appealability. (Doc. 7)  Despite this, on July 1, 2015, Petitioner filed a motion for issuance of a certificate of appealability. (Doc. 14).  Thus, the Court will DENY the motion as MOOT.

**ORDER**

For the foregoing reasons, it is HEREBY ORDERED that Petitioner's motion for issuance of a certificate of appealability (Doc. 14), is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **February 9, 2016**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE